### 16317.   TAYLOR *v.* MATHIS.

BROYLES, C. J.   1. The verdict was authorized by the evidence, and the special grounds of the motion for a new trial are merely in elaboration of the general grounds.

2. This court not being satisfied that the writ of error was prosecuted for the purpose of delay only, the request of the defendant in error for the award of damages is denied.

Judgment affirmed. *Luke and Bloodworth, JJ., concur.*

DECIDED MAY 14, 1925.

Complaint; from city court of Nashville—Judge W. R. Smith. January 31, 1925.

*Hendricks & Hendricks,* for plaintiff in error.

*Dewey Knight,* contra.